ALICE L. S. SMITH et al., Appellants, *v.* RICHARD S. FLOYD et al., Respondents.

*Smith* v. *Floyd,* 124 App. Div. 277, reversed.
(Argued December 8, 1908; decided December 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Feb-

ruary 25, 1908, which affirmed a judgment of Special Term construing the will of Sarah W. F. Smith, deceased, as to whether a certain power given to trustees named therein devolved upon a substituted trustee.

*John Nicholson* for appellants.

*David Asch* and *Maurice Goodman* for respondents.

Judgment reversed and judgment ordered for the plaintiffs that the power to apply portions of the principal of the estate to the use of the plaintiff Alice L. S. Smith passed to and is vested in the substituted trustee, with costs to all parties payable out of the estate, on opinion of INGRAHAM, J., below.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and HISCOCK, JJ. Absent: WERNER, J.